Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

EUGENE MCMILLIAN,

                                  Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-mj-02892-UA

Defendant EUGENE MCMILLIAN, hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer

/s/ Eugene McMillian
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

EUGENE MCMILLIAN
Print Defendant's Name

_____
Defendant's Counsel's Signature

DEVERAUX L. CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/15/2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge